1  PROSKAUER ROSE LLP
   HAROLD M. BRODY (SBN 84927)
2  hbrody@proskauer.com
   LAURA REATHAFORD (SBN 254751)
3  lreathaford@proskauer.com
   ANTHONY J. DIBENEDETTO (SBN 282360)
4  adibenedeto@prosakuer.com
   KEITH A. GOODWIN (SBN 294475)
5  kgoodwin@proskauer.com
   2049 Century Park East, 32nd Floor
6  Los Angeles, CA  90067-3206
   Telephone: (310) 557-2900
7  Facsimile:  (310) 557-2193

8  Attorneys for Defendants,
   SPRINT/UNITED MANAGEMENT CO. and
9  SPRINT COMMUNICATIONS COMPANY, L.P.
   (erroneously sued as SPRINT CORPORATION, a
10 SPRINT COMMUNICATIONS COMPANY, L.P.)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIET BUI, individually and on behalf of all other similarly situated employees, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Corporation; SPRINT/UNITED MANAGEMENT CO., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 14-1314<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SPRINT/UNITED MANAGEMENT CO. AND SPRINT COMMUNICATIONS COMPANY, L.P.**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>Complaint Filed: July 10, 2014<br><br>First Amended Complaint Filed: September 9, 2014 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS SPRINT/UNITED MANAGEMENT CO. AND SPRINT COMMUNICATIONS COMPANY, L.P.**

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Defendants SPRINT/UNITED MANAGEMENT CO. and SPRINT COMMUNICATIONS COMPANY, L.P. (erroneously sued as SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P.), states as follows:

Sprint/United Management Company is a wholly owned subsidiary of Sprint Communications, Inc.  Sprint Communications Company, L.P. is an indirect wholly owned subsidiary of Sprint Communications, Inc.  Sprint Communications, Inc. is a private company that is a wholly-owned subsidiary of Sprint Corporation, a publicly-traded corporation.  More than 10% of Sprint Corporation's stock is owned by SoftBank Corporation, also a publicly-traded corporation.

Dated: October 17, 2014

PROSKAUER ROSE LLP
Harold M. Brody
Laura Reathaford
Anthony J. DiBenedetto
Keith A. Goodwin


By: _____/s/ Harold M. Brody_____
              Harold M. Brody

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT CO. and
SPRINT COMMUNICATIONS COMPANY, L.P.

45543728v2

- 1 -

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANTS SPRINT/UNITED MANAGEMENT CO. AND SPRINT COMMUNICATIONS COMPANY, L.P.**