PROSKAUER ROSE LLP
HAROLD M. BRODY (SBN 84927)
hbrody@proskauer.com
ENZO DER BOGHOSSIAN (SBN 211351)
ederboghossian@proskauer.com
LAURA REATHAFORD (SBN 254751)
lreathaford@proskauer.com
ANTHONY J. DIBENEDETTO (SBN 282360)
adibenedeto@prosakuer.com
KEITH A. GOODWIN (SBN 294475)
kgoodwin@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Attorneys for Defendants, SPRINT/UNITED MANAGEMENT CO. and SPRINT COMMUNICATIONS COMPANY, L.P. (erroneously sued as SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET BUI, individually and on behalf of all other similarly situated employees, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Corporation; SPRINT/UNITED MANAGEMENT CO., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:14-cv-02461-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**DEFENDANTS SPRINT/UNITED MANAGEMENT CO. AND SPRINT COMMUNICATIONS COMPANY, L.P.'S NOTICE OF RELATED CASES**<br><br>[Local Rule 123]<br><br>Complaint Filed: July 10, 2014<br><br>First Amended Complaint Filed: September 9, 2014 |

**DEFENDANTS' NOTICE OF RELATED CASES**

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 123, Defendants Sprint/United Management Co. and Sprint Communications Company, L.P. (erroneously sued as SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P.) (collectively "Defendants") HEREBY GIVE NOTICE of the following related case currently pending in the United States District Court, Northern District of California: *OLIVIA GUILBAUD, ET AL. V. SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,* Case No. 3:13-cv-04357-VC ("*Guilbaud*")[1].

The plaintiffs in *Guilbaud* filed their Complaint on September 19, 2013. (*See Guilbaud* Dkt. No. 1.) On October 3, 2014, the *Guilbaud* court conditionally certified as a collective action those claims brought by the plaintiffs on behalf of certain retail store employees under the Fair Labor Standards Act. (*See id.* Dkt. No. 79 at 4.) The *Guilbaud* court has set June 16, 2015, as the deadline for filing a motion pursuant to FRCP 23 for class certification of those claims brought by the plaintiffs under California law, to be heard on August 20, 2015. (*See id.* Dkt. No. 114.)

On July 10, 2014, plaintiff Viet Bui filed but did not serve a Complaint in the Superior Court of California, Sacramento County. Bui filed a First Amended Complaint on September 9, 2014. On October 17, Defendants timely removed the case to this Court. (*See Bui* Dkt. No. 1.) Pursuant to the Court's order, the parties in this matter filed a Joint Status Report on December 16, 2014. (*See id.* Dkt. No. 6.) On December 17, 2014, this Court stayed this action while the parties engage in mediation, which is currently scheduled for March 9, 2015. (*See id.* Dkt. No. 12.) If mediation is unsuccessful, the parties have been ordered to file an updated Joint Status Report on or before April 3, 2015. (*See id.*)

The plaintiff in this matter and the plaintiffs in *Guilbaud* each assert employment-related claims on behalf of a putative class of plaintiffs that allegedly consists of Sprint/United Management Company's ("SUMC") non-exempt employees in California. Specifically, the plaintiffs in each case allege that SUMC failed to pay California non-exempt employees for all hours worked including

---

[1] As currently pending, *Guilbaud* is a consolidated action comprised of the lead case *Olivia Guilbaud, Marques Lilly, and Michael Wong, v. Sprint Nextel Corporation and Sprint/United Management Co., Inc.,* Case No. 3:13-cv-04357-VC, which was consolidated with *Michael Smith v. Sprint/United Management Co., Inc.,* Case No. 3:14-cv-02642-VC, on or about July 10, 2014.

DEFENDANTS' NOTICE OF RELATED CASES

overtime, failed to pay premiums for missed meal and rest breaks, failed to provide accurate itemized wage statements in violation of Cal. Lab. Code § 226, and failed to pay employees all wages owed upon discharge. In addition, the plaintiffs in both cases allege that the foregoing are violations of the California Unfair Competition Law. Further, the *Bui* and *Guilbaud* plaintiffs each seek recovery of civil penalties under the California Labor Code Private Attorneys General Act, Cal. Lab. Code § 2699 *et seq*. The plaintiffs in the consolidated *Guilbaud* action are represented by different counsel than the plaintiff in this action. Sprint/United Management Company is the only named defendant in the consolidated *Guilbaud* action, and is represented by different counsel than that representing the defendants named in this action.

      Assignment to a single Judge and/or Magistrate Judge is not likely to effect a savings of judicial effort and other economies, as the *Bui* action is currently stayed while the parties attempt to resolve the case via an early mediation.

Dated: January 13, 2015

PROSKAUER ROSE LLP
Harold M. Brody
Enzo Der Boghossian
Laura Reathaford
Anthony J. DiBenedetto
Keith A. Goodwin


By:  /s/ Harold M. Brody
       Harold M. Brody

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT CO. and SPRINT COMMUNICATIONS COMPANY, L.P.