**MATTHEW RIGHETTI, ESQ. {121012}**
**matt@righettilaw.com**
**JOHN GLUGOSKI, ESQ. {191551)**
**jglugoski@righettilaw.com**
**MICHAEL RIGHETTI, ESQ. {258541}**
**mike@righettilaw.com**
**RIGHETTI • GLUGOSKI, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Facsimile:  (415) 397-9005

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET BUI, individually and on behalf of all others similarly situated employees, and on behalf of the general public, <br><br>         Plaintiffs, <br><br> vs. <br><br> SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Corporation; SPRINT/UNITED MANAGEMENT CO., a Delaware Corporation; and DOES 1 through 20, inclusive, <br><br>         Defendants | Case No.: 2:14-cv-02461-TLN-AC <br><br> **NOTICE OF APPEARANCE** <br><br> *Hon. Troy Nunley* |

# **NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of Matthew Righetti, of Righetti Glugoski, P.C. in the above mentioned case as attorney of record for the proposed intervenor (Docket 15). All future pleadings, discovery and notices should also be addressed to Matthew Righetti, Righetti Glugoski, P.C., 456 Montgomery Street, Suite 1400, San Francisco, CA 94104. Tel. (415) 983-0900, Fax. (415) 397-9005, E-mail: matt@righettilaw.com.

DATED: February 2, 2015                    RIGHETTI GLUGOSKI, P.C.

                                           /s/ Matthew Righetti_____
                                           Matthew Righetti
                                           Attorneys for Plaintiff