1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| VIET BUI, individually and on behalf of all other similarly situated employees, and on behalf of the general public, | No.  2:14-cv-02461-TLN-AC |
| Plaintiffs, | **ORDER** |
| v. | |
| SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Corporation; SPRINT/UNITED MANAGEMENT CO., a Delaware Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23    The Court has reviewed the Proposed Intervenors' Ex Parte Application to stay the

24    mediation that the *Bui* Parties have scheduled for March 9, 2015, until after the Court issues an

25    order on Proposed Intervenors' Motion, currently before the Court.  (ECF No. 28.)  The Court has

26    also reviewed both Plaintiff and Defendant's Oppositions.  (ECF No. 30-31.)  At this time the

27    Court notes that neither of the classes, in the instant action *Bui* or in the *Guilbaud, et al. v. Sprint*

28    *Nextel Corp. and Sprint/United Management Co., Inc.* case, have been certified.  The Court finds

that staying the mediation is inappropriate at this time.  Thus, the Proposed Intervenors' Ex Parte Application is DENIED.

IT IS SO ORDERED.

Dated:  March 6, 2015

Troy L. Nunley
United States District Judge