UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET BUI and CHRISTINA AVALOS-REYES, individually and on behalf of all other similarly situated employees, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Corporation; SPRINT/UNITED MANAGEMENT CO., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:14-CV-02461-TLN-AC<br><br>**CLASS ACTION**<br><br>**GRANTING LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMITATIONS**<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>Complaint Filed: July 10, 2014<br>First Am. Complaint Filed: September 9, 2014 |

**ORDER GRANTING LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMITATIONS**

**ORDER**

Having read and considered the Joint Stipulation to File a Memorandum of Points and Authorities Exceeding Page Limitations entered into and submitted by Plaintiff Viet Bui ("Plaintiff") and Defendants Sprint/United Management Company and Sprint Communications Company L.P. ("Defendants") (collectively "the Parties") on **May 6, 2015**, and finding good cause therefor, the Court HEREBY ORDERS that:

Plaintiff may file a Memorandum of Points and Authorities in support of Plaintiff's Motion that is up to twenty-five (25) pages in length, exclusive of indexes, exhibits, a table of contents, a table of authorities, and other preliminary matters.

**IT IS SO ORDERED.**

Dated:  May 11, 2015

Troy L. Nunley
United States District Judge