**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIET BUI and CHRISTINA AVALOS-REYES, individually and on behalf of all other similarly situated employees, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SPRINT CORPORATION, a SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Corporation; SPRINT/UNITED MANAGEMENT CO., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-CV-02461-TLN-AC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING IMPLEMENTATION SCHEDULE FOR ADMINISTRATION AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AMENDED CLASS NOTICE**<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>Compl. Filed: July 10, 2014<br>First Am. Compl. Filed: September 9, 2014 |

**ORDER GRANTING JOINT STIPULATION RE: FINAL APPROVAL SCHEDULE AND AMENDED NOTICE**

# ORDER

Having read and considered the Joint Stipulation Regarding Implementation Schedule for Administration and Final Approval of Class Action Settlement and Amended Class Notice ("Joint Stipulation") entered into and submitted by Plaintiffs Viet Bui and Christina Avalos-Reyes ("Plaintiffs") and Defendants Sprint/United Management Company and Sprint Communications Company L.P. (erroneously sued as "Sprint Corporation, a Sprint Communications Company, L.P.") ("Sprint" or "Defendants"), and finding good cause for granting the Joint Stipulation and approving the Amended Notice of Settlement ("Amended Class Notice"), the Court HERBY ORDERS THAT:

1. The Amended Class Notice provided at **Exhibit A** to the Joint Stipulation is approved for sending to the putative Class Members in accordance with the below Implementation Schedule; and

2. The following Implementation Schedule shall be followed by the parties and the Settlement administrator for conducting the Settlement administration and for taking this action through the Final Approval hearing on **June 16, 2016**:

| Event | Ordered Date |
| --- | --- |
| Sprint to provide Class Member data to the designated third party administrator, Rust Consulting (the "Administrator") | March 15, 2016 |
| Deadline for Administrator to mail Court-approved amended Class Notice to all Class Members | March 30, 2016 |
| Deadline for Plaintiffs to file a Motion for Attorneys' Fees and Costs and Class Representative Enhancement Payments (per ECF 60, Section 7, ¶ 11) | April 15, 2016 |
| Deadline to re-mail Class Notice to undeliverable Class Members and returns (Supplemental Notice Mailing deadline) | April 19, 2016 |
| Class Notice Period closes as to Eligible Class Members whose Class Notice was not returned as undeliverable after original mailing of Class Notice | April 29, 2016 |

| Event | Ordered Date |
|---|---|
| Deadline for Eligible Class Members whose Class Notice was not returned as undeliverable to submit requests for exclusion (to "opt out" of the Settlement) or to submit objections to the Settlement (based on original mailing) | April 29, 2016 |
| Supplemental Notice Period closes as to Eligible Class Members to whom the Administrator was required to re-mail Class Notice. | May 19, 2016 |
| Deadline for Eligible Class Members to whom the Administrator was required to re-mail Class Notice to submit requests for exclusion (to "opt out" of the Settlement) or to submit objections to the Settlement (based on Supplemental Notice Mailing deadline) | May 19, 2016 |
| Deadline for Plaintiffs' to file Motion for Final Approval of Settlement for supplemental briefs (per ECF 60, Section 7, ¶ 17) | June 2, 2016 |
| Deadline for Parties to file supplemental briefs regarding proof of mailing, objections, and any related or outstanding issues. | June 2, 2016 |
| Final Approval Hearing | **June 16, 2016 at 2:00 p.m.** |

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING JOINT STIPULATION RE: FINAL APPROVAL SCHEDULE AND AMENDED NOTICE